UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                      CASE NO.  5:94cr05026LAC

RICHARD A. THOMAS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on ____August 21, 2006_____

Motion/Pleadings___MOTION PURSUANT TO FED. RULES CIVIL PROC. 60(b) IN CONJUNCTION WITH TITLE 5 U.S.C. 552(e)(5)_____

Filed by DEFENDANT PRO SE_____ on __8/7/06_____ Doc.#   300_____

RESPONSES:

_____ on _____ Doc.#  _____
_____ on _____ Doc.#  _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

                                   *s/Mary Maloy*
_____                       Deputy Clerk: Mary Maloy
LC (1 OR 2)

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of August, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____
_____
_____

                                   _____s/*L.A. Collier*_____
                                   **LACEY A. COLLIER**
                                   *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                       Document No.