## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                        CASE NO. 5:94cr5026LAC

RICHARD ANTHONY THOMAS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   November 16, 2006

Motion/Pleadings:   COMBINE MOTION PURSUANT TO 18 USC § 3582(c)(2) of the sentencing guidelines §1B1.10 for modification of sentence based on guideline amendment 505, effective November 1, 1994, and misapplication of the U.S.S.G. pursuant to Rule 35(a) F.R.Civ.P.

Filed by DEFENDANT PRO SE       on  11/7/2006       Doc.# 314

RESPONSES:

BY GOVERNMENT                   on  11/15/2006      Doc.# 316

_____                           on _____     Doc.# ____

____ Stipulated     ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 20th day of November, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court finds the well-reasoned response of the Government to be an accurate statement of the law and facts on this case, and it is adopted by this Court as the basis for the denial of defendant's motion.*

s/ *L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.