UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS   CASE NO. 5:94CR5026 LAC

RICHARD A. THOMAS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   January 28, 2008
Motion/Pleadings:  MOTION UNDER 18 U.S.C. SECTION 3582(c)(2)
Filed by  DEFENDANT PRO SE    on 1/28/08    Doc.# 320

RESPONSES:
BY GOVERNMENT    on 1/29/08    Doc.# 321 and 322
    on    Doc.#
____ Stipulated   ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 29th day of January, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) Without prejudice. The retroactive application does not become effective until 3 March 2008.*

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.